IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 06 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANAL INDEMNITY CO. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-04-_____ B-04-093 |
| | § | |
| GEORGE COYLE | § | A jury is demanded |

PLAINTIFF'S ORIGINAL PETITION FOR
DECLRARTORY JUDGMENT

TO THE COURT:

COMES NOW CANAL INDEMNITY CO., and files this Original Petition for Declaratory Judgment and would show the court as follows:

1.  Plaintiff Canal Indemnity Co. is a stock insurance company with its principal place of business in Greenville, South Carolina.

2.  George Coyle, Defendant, is a resident of the state of Texas and can be served with process by serving citation and a copy of this Original petition at, 628 Lindale #120, Brownsville, Cameron County Texas in accordance with Rule 4 of the Federal Rule of Federal Rules of Civil Procedure.

3.  Rene Everett Casas, Defendant is a resident of the state of Texas and can be served with process by serving summons and a copy of this Original Petition on him at 402 Keralum, Mission, Texas 78574 in accordance with Rule 4 of the Federal Rule of Federal Rules of Civil Procedure.

4.  Ruben Eloy Vidaurri Defendant is a resident of the state of Texas and can be served with process by serving summons and a copy of this Original Petition on him at 2701 Wharanton,

Mission, Texas 78574 in accordance with Rule 4 of the Federal Rule of Federal Rules of Civil Procedure.

## Venue

5.  Venue of this declaratory judgment action is proper before the United States District Court for the Southern District of Texas, Brownsville Division, because the Defendant, George Coyle resides in Brownsville, Cameron County, Texas.

## Jurisdiction

6.  This United States District Court has jurisdiction over this cause of action pursuant to 28 U.S.C. §1332 for the reason that the parties are residents of different states. Plaintiff's principal place of business is in South Carolina. Defendant George Coyle is a resident of the state of Texas. Claims have been made by Rene Everett Casas and Ruben Vidaurri for personal injuries arising out of a single truck tractor roll over accident where damages in all likelihood exceed the $75,000.00 diversity jurisdiction threshold.

7.  Plaintiff sold an automobile insurance policy to George Coyle of Brownsville, Texas included coverage for a 1997 Red Kenworth truck tractor operated under Coyle's ICC permit for policy period which includes the period of time relevant to the claims of Rene Everett Casas and Ruben Vidaurri.  See **Exhibit "A"**. The truck tractor is owned by Veronica Olivares of Mission, Texas and leased to Coyle.

8.  On or about December 21 2003, Casas was driving a 1997 Red Kenworth Truck tractor, VIN # 1XKAD69X5VJ745767 operated under Defendant Coyle ICC permit when she lost control on U.S. Highway 60 in Gila County Arizona. The truck tractor and trailer ran off the road and rolled over allegedly injuring Casas and Vidaurri who was riding as a passenger.

9. The Truck tractor had been assigned to Coyle employee Vidaurri. No one else was authorized or had permission to drive the truck tractor. Vidaurri was not authorized to permit anyone else to drive the truck tractor.

10. Casas and Vidaurri have retained counsel made claims for personal injuries and damages they claim to have sustained in the accident.

11. Plaintiff brings this declaratory judgment action pursuant to 28 USC § 2201 and Federal Rule of Civil Procedure 57 requesting the court find that Rene Everett Casas was a non-permissive user of the 1997 Red Kenworth truck tractor at the time of the collision for which Plaintiff owes no duty of indemnity.

12. Plaintiff sold a policy of insurance to George Coyle which was in effect at the time of the occurrence out of which this civil action arose. The insurance policy is L036098 and is attached as **Exhibit "A"**

13. The automobile insurance policy provides the company will pay on behalf of the **insured** all sums which the **insured** shall become legally obligated to pay. "**Persons insured**" is defined in the policy as follows:

> III. Persons Insured: Each of the following is an **insured** under this insurance policy to the extent set forth below:
>
> (a) the **named insured**;
> ...
> (c) any other person while using an **owned automobile** or a **temporary substitute automobile** with the permission of the **named insured,** provided his actual operation or (if he is not operating) his actual use thereof is within the scope of such permission, but with respect to **bodily injury** or **property damage** arising out of the loading or unloading thereof, such other person shall be an **insured** only if he is:
>
> > (1) a lessee or borrower of the **automobile**, or
> > (2) an employee of the **name insured** or such lessee or borrower

14. Plaintiff would show that Rene Everett Casas is not a **person insured** as that term is defined in the policy. Plaintiff is thus not obligated to pay for any claims for injuries and damages asserted by Rene Everett Casas or Ruben Vidaurri against George Coyle.

15. Plaintiff requests the Court to declare that since Rene Everett Casas was not an insured or permissive driver of the 1997 Red Kenworth Truck tractor, that Plaintiff, under definitions in the automobile insurance policy, Plaintiff has no duty to indemnify George Coyle in the event a judgment is entered against them in the Garza-Meza's personal injury and wrongful death action.

16. Plaintiff has retained the undersigned counsel to represent it in this action and has agreed to pay the attorney a reasonable fee for his professional services. Plaintiff requests the court award reasonable and necessary attorney's fees to the plaintiff for this action.

17. WHEREFORE, Plaintiff Canal Indemnity Company prays that Defendant be cited to appear and answer herein and that plaintiff have judgment for the following:

A) A declaration that Plaintiff does not owe a duty to indemnify George Coyle from any claims or judgments against Coyle which may arise out of the December 21, 2003 motor vehicle accident involving Rene Everett Casas and Ruben Vidaurri, attorney's fees, costs of court; and such other and further relief at law or in equity to which Plaintiff may show itself entitled.

Respectfully submitted,

THADDEUS LAW OFFICE
710 Laurel, Suite C
McAllen, Texas 78501
956.342.0915
956.618.5236 (Fax)

_____
A. PETE THADDEUS, JR.
State Bar No. 19819500
Attorney for Canal Indemnity Company

No. L036098     BASIC AUTOMOBILE LIABILITY POLICY     STOCK COMPANY

# Canal Indemnity Company

<u>NEW</u>
Previous Policy

## DECLARATIONS     GREENVILLE, SOUTH CAROLINA

**DUPLICATE POLICY CERTIFIED BY:** [signature]

**DATE:** 2/16/04

Items

**1. Named Insured and Address**

GEORGE H COYLE
628 LINDALE #120 PO BOX 4216
BROWNSVILLE, TX 78521 (CAMERON county)

**2. Policy Period: 12 months**

From 11/29/2003 to 11/29/2004
12:01 A.M., standard time at the address of the named insured as stated herein.

Business of the **named insured** is: TRUCKING - BUILDING MATERIALS FLAT BED FREIGHT
Radius: UNLIMITED WITHIN POLICY TERRITORY

**3. Schedule as of Effective Date of this Insurance – As To: (a) Owned Automobiles;**

| AUTO No. | Year of Model | Trade Name | Body Type and Model; Truck Size; Truck Load; Tank Gallonage Capacity; or Bus Seating Capacity | Identification (I) No.; Serial (S) No.; Motor (M) No. | Cylinders (No.) | Principally Garaged in (Town or City, State) | Purposes of Use | Classification |
|---|---|---|---|---|---|---|---|---|
| 1 | | | GROSS RECEIPTS | VARIES | | BROWNSVILLE, TX | C | |

(b) **Automobile Medical Payments Coverage: Designated Person Insured**

(c) **Uninsured Motorists Coverage: Designated person insured**

**Designation of Automobiles – Division 1**
AUTO No. _____
**Insured Highway Vehicles**
AUTO No. _____

4. The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| PREMIUMS | | | | | LIMIT OF LIABILITY | | COVERAGES | SECTION |
|---|---|---|---|---|---|---|---|---|
| Total | Auto No. 1 | Auto No. 2 | Auto No. 3 | Auto No. 4 | | each occurrence $1,000,000 | Combined Single Limit | A |
| | | | | | each person $ 000 | each occurrence $ 000 | A. Bodily Injury Liability | A |
| | | | | | | $ 000 | B. Property Damage Liability | |
| | | | | | $ 000 | | Automobile Medical Payments | B |
| | | | | | each person $ 000 | each accident $ 000 | D. Uninsured Motorists | C |
| | | | | | | Premium for Endorsements: | | |
| | | | | | | TOTAL PREMIUM | | |

Form numbers of endorsements attached to policy at issue: TRN-1 (11-02) 2-4-E (12-91) 2-18-E (1-94) 2-32-E (12-91) 2-45-E (12-91) 2-50L-E TX (5-92) 2-102-E (11-93) 2-103-E (7-96) 2-125-E (4-99) Form F (6-71) TX-1 (6-03) A101, Info Notice: 2-101-D TX (1-96) ID-TX (5-00)

5. Except with respect to bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance, the **named insured** is the sole owner of every vehicle described in Item 3 above, unless otherwise stated herein:

Countersigned:    12160 N ABRAMS RD
DALLAS, TX 12/11/2003


EXHIBIT
FALCON-DALLAS, TX

By _____
Authorized Representative
CHRYSTIE DONALD HALYBURTON

BASIC AUTOMOBILE LIABILITY POLICY

STOCK COMPANY



*Canal Indemnity Company*

P.O. Box 7 · Greenville, South Carolina · 29602-0007

# CANAL INDEMNITY COMPANY
## GREENVILLE, SOUTH CAROLINA

(A stock insurance company, herein called the company)

nsideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the insured as follows:

## SECTION A-BASIC AUTOMOBILE LIABILITY INSURANCE

**COVERAGE A-BODILY INJURY LIABILITY--COVERAGE B-PROPERTY DAMAGE LIABILITY:**

:ompany will pay on behalf of the **insured** all sums which the **insured** shall become legally ited to pay as damages because of

**bodily injury** or **property damage**

ich this insurance applies, caused by an **occurrence** and arising out of the ownership, enance or use, including loading and unloading, for the purposes stated as applicable o in the declarations, of an **owned automobile** or of a **temporary substitute automobile**, and ompany shall have the right and duty to defend any suit against the **insured** seeking ges on account of such **bodily injury** or **property damage**, even if any of the allegations suit are groundless, false or fraudulent, and may make such investigation and settlement y claim or suit as it deems expedient, but the company shall not be obligated to pay .laim or judgment or to defend any suit after the applicable limit of the company's liability een exhausted by payment of judgments or settlements.

ions: This insurance does not apply:

to liability assumed by the **insured** under any contract or agreement;
to any obligation for which the **insured** or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law,
to **bodily injury** to any employee of the **insured** arising out of and in the course of his employment by the **insured** or to any obligation of the **insured** to indemnify another because of damages arising out of such injury; but this exclusion does not apply to any such injury arising out of and in the course of domestic employment by the **insured** unless benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law,
to **property damage** to
(1) property owned or being transported by the **insured**, or
(2) property rented to or in the care, custody or control of the **insured**, or as to which the **insured** is for any purpose exercising physical control, other than **property damage** to a residence or private garage by a **private passenger automobile** covered by this insurance,
to **bodily injury** or **property damage** due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to expenses for first aid under the Supplementary Payments provision;
to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of any **owned automobile** or **temporary substitute automobile** while such **automobile** is being used as a public or livery conveyance, unless such use is specifically declared and described in the declarations;
to **bodily injury** or **property damage** arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any watercourse or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

**SUPPLEMENTARY PAYMENTS:** The company will pay, in addition to the applicable limit bility:

all expenses incurred by the company, all costs taxed against the **insured** in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon,
premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the **insured** because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or to furnish any such bonds;
expenses incurred by the **insured** for first aid to others at the time of an accident, for **bodily injury** to which this policy applies,
reasonable expenses incurred by the **insured** at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

**PERSONS INSURED:** Each of the following is an **insured** under this insurance to the nt set forth below:
the **named insured**;
any partner or executive officer thereof, but with respect to a **temporary substitute automobile** only while such **automobile** is being used in the business of the **named insured**;
any other person while using an **owned automobile** or a **temporary substitute automobile** with the permission of the **named insured**, provided his actual operation or (if he is not operating) his other actual use thereof is within the scope of such permission, but with respect to **bodily injury** or **property damage** arising out of the loading or unloading thereof, such other person shall be an **insured** only if he is:
(1) a lessee or borrower of the **automobile**; or
(2) an employee of the **named insured** or of such lessee or borrower;
any other person or organization but only with respect to his or its liability because of acts or omissions of an **insured** under (a), (b) or (c) above;
ie of the following is an **insured**:
any person while engaged in the business of his employer with respect to **bodily injury** to any fellow employee of such person injured in the course of his employment,

(ii) except as stated under (b) above, the owner of a **temporary substitute automobile**, or any agent or employee of such owner;
(iii) any person or organization, other than the **named insured**, with respect to:
(1) a motor vehicle while used with any trailer owned or hired by such person or organization and not covered by like insurance in the company (except a trailer designed for use with a four wheel **private passenger automobile** and not being used for business purposes with another type motor vehicle), or
(2) a trailer while used with any motor vehicle owned or hired by such person or organization and not covered by like insurance in the company;
(iv) any person while employed in or otherwise engaged in duties in connection with an **automobile business**, other than an **automobile business** operated by the **named insured**.

**IV. LIMITS OF LIABILITY:** Regardless of the number of (1) **insureds** under this policy, (2) persons or organizations who sustain **bodily injury** or **property damage**, (3) claims made or suits brought on account of **bodily injury** or **property damage** or (4) **automobiles** to which this policy applies, the company's liability is limited as follows:

**Coverage A-**The limit of **bodily injury** liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all damages, including damages for care and loss of services, because of **bodily injury** sustained by one person as the result of any one **occurrence**; but subject to the above provision respecting "each person", the total liability of the company for all damages, including damages for care and loss of services, because of **bodily injury** sustained by two or more persons as the result of any one **occurrence** shall not exceed the limit of **bodily injury** liability stated in the declarations as applicable to "each **occurrence**".

**Coverage B-**The total liability of the company for all damages because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of **property damage** liability stated in the declarations as applicable to "each **occurrence**".

**Coverages A and B-**For the purpose of determining the limit of the company's liability, all **bodily injury** and **property damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one **occurrence**.
If an affiliated company within the Canal group certifies coverage on behalf of the insured, it is understood and agreed that the total limits of liability available to the insured from any company or companies within the Canal group shall be the amount shown in the declarations of this policy.

**V. POLICY TERRITORY:** This insurance applies only to **bodily injury** or **property damage** which occurs within the **policy territory**.

**VI. DEFINITIONS:** When used in this policy (including endorsements forming a part hereof):
"**automobile**" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include **mobile equipment**;
"**bodily injury**" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;
"**insured**" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each **insured** against whom claim is made or suit is brought, except with respect to the limits of the company's liability;
"**mobile equipment**" means a land vehicle (including any machinery or apparatus attached thereto,) whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the **named insured**, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;
"**named insured**" means the person or organization named in Item 1 of the declarations of this policy;
"**occurrence**" means an accident, including continuous or repeated exposure to conditions, which results in **bodily injury** or **property damage** neither expected nor intended from the standpoint of the **insured**;
"**policy territory**" means:
(1) the United States of America, its territories or possessions, or Canada, or
(2) international waters or air space, provided the **bodily injury** or **property damage** does not occur in the course of travel or transportation to or from any other country, state or nation;
"**property damage**" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom; or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an **occurrence** during the policy period

**VII. ADDITIONAL DEFINITIONS (Automobile Liability Insurance):** When used in reference to this insurance (including endorsements forming a part of the policy)
"**automobile business**" means the business or occupation of selling, repairing, servicing, storing or parking automobiles;
"**owned automobile**" means either
(a) an **automobile** which is owned by the **named insured** and described in the declarations; or
(b) an **automobile** ownership of which is newly acquired by the **named insured** during the policy period, provided
(i) it replaces an **owned automobile** as defined in (a) above, or
(ii) the company insures all **automobiles** owned by the **named insured** on the date of such acquisition and the **named insured** notifies the company within 30 days thereafter of his election to make this and no other policy issued by the company applicable to such **automobile** and pays any additional premium required therefor;

# CANAL INDEMNITY COMPANY
## GREENVILLE, SOUTH CAROLINA

(A stock insurance company, herein called the company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with **named insured** as follows:

## SECTION A-BASIC AUTOMOBILE LIABILITY INSURANCE

**I. COVERAGE A-BODILY INJURY LIABILITY--COVERAGE B-PROPERTY DAMAGE LIABILITY:**

The company will pay on behalf of the **insured** all sums which the **insured** shall become legally obligated to pay as damages because of

**bodily injury** or **property damage**

to which this insurance applies, caused by an **occurrence** and arising out of the ownership, maintenance or use, including loading and unloading, for the purposes stated as applicable thereto in the declarations, of an **owned automobile** or of a **temporary substitute automobile**, and the company shall have the right and duty to defend any suit against the **insured** seeking damages on account of such **bodily injury** or **property damage**, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements

**Exclusions:** This insurance does not apply

(a) to liability assumed by the **insured** under any contract or agreement;
(b) to any obligation for which the **insured** or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;
(c) to **bodily injury** to any employee of the **insured** arising out of and in the course of his employment by the **insured** or to any obligation of the **insured** to indemnify another because of damages arising out of such injury; but this exclusion does not apply to any such injury arising out of and in the course of domestic employment by the **insured** unless benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;
(d) to **property damage** to
   (1) property owned or being transported by the **insured**, or
   (2) property rented to or in the care, custody or control of the **insured**, or as to which the **insured** is for any purpose exercising physical control, other than **property damage** to a residence or private garage by a **private passenger automobile** covered by this insurance;
(e) to **bodily injury** or **property damage** due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to expenses for first aid under the Supplementary Payments provision;
(f) to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of any **owned automobile** or **temporary substitute automobile** while such **automobile** is being used as a public or livery conveyance, unless such use is specifically declared and described in the declarations;
(g) to **bodily injury** or **property damage** arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any watercourse or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

**II. SUPPLEMENTARY PAYMENTS:** The company will pay, in addition to the applicable limit of liability

(a) all expenses incurred by the company, all costs taxed against the **insured** in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;
(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the **insured** because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or to furnish any such bonds;
(c) expenses incurred by the **insured** for first aid to others at the time of an accident, for **bodily injury** to which this policy applies;
(d) reasonable expenses incurred by the **insured** at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

**III. PERSONS INSURED:** Each of the following is an **insured** under this insurance to the extent set forth below:

(a) the **named insured**;
(b) any partner or executive officer thereof, but with respect to a **temporary substitute automobile** only while such **automobile** is being used in the business of the **named insured**;
(c) any other person while using an **owned automobile** or a **temporary substitute automobile** with the permission of the **named insured**, provided his actual operation or (if he is not operating) his other actual use thereof is within the scope of such permission, but with respect to **bodily injury** or **property damage** arising out of the loading or unloading thereof, such other person shall be an **insured** only if he is:
   (1) a lessee or borrower of the **automobile**, or
   (2) an employee of the **named insured** or of such lessee or borrower;
(d) any other person or organization but only with respect to his or its liability because of acts or omissions of an **insured** under (a), (b) or (c) above.

None of the following is an **insured**:
(i) any person while engaged in the business of his employer with respect to **bodily injury** to any fellow employee of such person injured in the course of his employment;

(ii) except as stated under (b) above, the owner of a **temporary substitute automobile**, or agent or employee of such owner;
(iii) any person or organization, other than the **named insured**, with respect to
   (1) a motor vehicle while used with any **trailer** owned or hired by such person organization and not covered by like insurance in the company (except a trailer designed for use with a four wheel **private passenger automobile** and not being used for business purposes with another type motor vehicle), or
   (2) a trailer while used with any motor vehicle owned or hired by such person organization and not covered by like insurance in the company.
(iv) any person while employed in or otherwise engaged in duties in connection with **automobile business**, other than an **automobile business** operated by the **named insured**.

**IV. LIMITS OF LIABILITY:** Regardless of the number of (1) **insureds** under this policy (2) persons or organizations who sustain **bodily injury** or **property damage**, (3) claims made suits brought on account of **bodily injury** or **property damage** or (4) **automobiles** to which this applies, the company's liability is limited as follows.

**Coverage A**-The limit of **bodily injury** liability stated in the declarations as applicable to person" is the limit of the company's liability for all damages, including damages for and loss of services, because of **bodily injury** sustained by one person as the result of one **occurrence**; but subject to the above provision respecting "each person", the total liability of the company for all damages, including damages for care and loss of services, because of **bodily injury** sustained by two or more persons as the result of any one **occurrence** not exceed the limit of **bodily injury** liability stated in the declarations as applicable to **occurrence**".

**Coverage B**-The total liability of the company for all damages because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** not exceed the limit of **property damage** liability stated in the declarations as applicable to **occurrence**".

**Coverages A and B**-For the purpose of determining the limit of the company's liability, all injury and **property damage** arising out of continuous or repeated exposure to substantially same general conditions shall be considered as arising out of one **occurrence**.

If an affiliated company within the Canal group certifies coverage on behalf of the insured it is understood and agreed that the total limits of liability available to the insured from company or companies within the Canal group shall be the amount shown in the declaration of this policy.

**V. POLICY TERRITORY:** This insurance applies only to **bodily injury** or **property damage** which occurs within the **policy territory**.

**VI. DEFINITIONS:** When used in this policy (including endorsements forming a part hereof) "**automobile**" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include **equipment**;

"**bodily injury**" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"**insured**" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limit of the company's liability;

"**mobile equipment**" means a land vehicle (including any machinery or apparatus attached thereto, whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the **named insured**, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type), graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration well servicing equipment;

"**named insured**" means the person or organization named in Item 1 of the declarations of policy;

"**occurrence**" means an accident, including continuous or repeated exposure to conditions, which results in **bodily injury** or **property damage** neither expected nor intended from the standpoint of the **insured**;

"**policy territory**" means:
(1) the United States of America, its territories or possessions, or Canada, or
(2) international waters or air space, provided the **bodily injury** or **property damage** does occur in the course of travel or transportation to or from any other country, state or nation;

"**property damage**" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an **occurrence** during the policy period

**VII. ADDITIONAL DEFINITIONS (Automobile Liability Insurance):** When used in reference to this insurance (including endorsements forming a part of the policy):

"**automobile business**" means the business or occupation of selling, repairing, servicing, storing or parking **automobiles**;

"**owned automobile**" means either
(a) an **automobile** which is owned by the **named insured** and described in the declarations
(b) an **automobile** ownership of which is newly acquired by the **named insured** during the policy period, provided
   (i) it replaces an **owned automobile** as defined in (a) above, or
   (ii) the company insures all **automobiles** owned by the **named insured** on the date of such acquisition and the **named insured** notifies the company within 30 days thereafter of his election to make this and no other policy issued by the company applicable to such **automobile** and pays any additional premium required therefor;

# CANAL INDEMNITY COMPANY
## GREENVILLE, SOUTH CAROLINA

(A stock insurance company, herein called the company)

...premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the

## SECTION A-BASIC AUTOMOBILE LIABILITY INSURANCE

**COVERAGE B-PROPERTY DAMAGE LIABILITY:**

...insured all sums which the insured shall become legally

...ury or property damage

...d by an occurrence and arising out of the ownership, ...and unloading, for the purposes stated as applicable ...d automobile or of a temporary substitute automobile, and ...duty to defend any suit against the insured seeking ...ury or property damage, even if any of the allegations ...ulent, and may make such investigation and settlement ...dient, but the company shall not be obligated to pay ...suit after the applicable limit of the company's liability ...ments or settlements

...nder any contract or agreement,
...ured or any carrier as his insurer may be held liable
...n, unemployment compensation or disability benefits

...f the insured arising out of and in the course of his
...obligation of the insured to indemnify another because
...jury; but this exclusion does not apply to any such
...ourse of domestic employment by the insured unless
...part either payable or required to be provided under

...rted by the insured, or
...e, custody or control of the insured, or as to which
...xercising physical control, other than property damage
...ge by a private passenger automobile covered by this

...o war, whether or not declared, civil war, insurrection,
 or condition incident to any of the foregoing, with
...r the Supplementary Payments provision;

...sing out of the ownership, maintenance, operation,
...ned automobile or temporary substitute automobile while
...olic or livery conveyance, unless such use is specifi-
...clarations;

...g out of the discharge, dispersal, release or escape
...s, alkalis, toxic chemicals, liquids or gases, waste
...nts or pollutants into or upon land, the atmosphere
...but this exclusion does not apply if such discharge,
...and accidental.

...any will pay, in addition to the applicable limit

...y, all costs taxed against the insured in any suit
...rest on the entire amount of any judgment therein
...ient and before the company has paid or tendered
...e judgment which does not exceed the limit of

...n any such suit, premiums on bonds to release
...amount not in excess of the applicable limit of
...of bail bonds required of the insured because of
...g out of the use of any vehicle to which this
...ail bond, but the company shall have no obligation
...is;
...st aid to others at the time of an accident, for

...isured at the company's request in assisting the
...e of any claim or suit, including actual loss of

...ng is an insured under this insurance to the

...out with respect to a temporary substitute automobile
...i the business of the named insured;
...automobile or a temporary substitute automobile with
...ed his actual operation or (if he is not operating)
...he scope of such permission, but with respect
...out of the loading or unloading thereof, such
...is:
...or
...such lessee or borrower;
...ly with respect to his or its liability because
...), (b) or (c) above.

...is of his employer with respect to bodily injury
...ired in the course of his employment;

(ii) except as stated under (b) above, the owner of a **temporary substitute automobile**, or any agent or employee of such owner;
(iii) any person or organization, other than the **named insured**, with respect to:
  (1) a motor vehicle while used with any **trailer** owned or hired by such person or organization and not covered by like insurance in the company (except a trailer designed for use with a four wheel **private passenger automobile** and not being used for business purposes with another type motor vehicle), or
  (2) a trailer while used with any motor vehicle owned or hired by such person or organization and not covered by like insurance in the company;
(iv) any person while employed in or otherwise engaged in duties in connection with an **automobile business**, other than an **automobile business** operated by the **named insured**.

**IV. LIMITS OF LIABILITY:** Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain **bodily injury** or **property damage**, (3) claims made or suits brought on account of **bodily injury** or **property damage** or (4) **automobiles** to which this policy applies, the company's liability is limited as follows:

**Coverage A**-The limit of **bodily injury** liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all damages, including damages for care and loss of services, because of **bodily injury** sustained by one person as the result of any one **occurrence**; but subject to the above provision respecting "each person", the total liability of the company for all damages, including damages for care and loss of services, because of **bodily injury** sustained by two or more persons as the result of any one **occurrence** shall not exceed the limit of **bodily injury** liability stated in the declarations as applicable to "each **occurrence**".

**Coverage B**-The total liability of the company for all damages because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of **property damage** liability stated in the declarations as applicable to "each **occurrence**",

**Coverages A and B**-For the purpose of determining the limit of the company's liability, all **bodily injury** and **property damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one **occurrence**.
If an affiliated company within the Canal group certifies coverage on behalf of the insured, it is understood and agreed that the total limits of liability available to the insured from any company or companies within the Canal group shall be the amount shown in the declarations of this policy

**V. POLICY TERRITORY:** This insurance applies only to **bodily injury** or **property damage** which occurs within the **policy territory**.

**VI. DEFINITIONS:** When used in this policy (including endorsements forming a part hereof):
"**automobile**" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include **mobile equipment**;
"**bodily injury**" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;
"**insured**" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each **insured** against whom claim is made or suit is brought, except with respect to the limits of the company's liability,
"**mobile equipment**" means a land vehicle (including any machinery or apparatus attached thereto,) whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the **named insured**, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment,
"**named insured**" means the person or organization named in Item 1 of the declarations of this policy;
"**occurrence**" means an accident, including continuous or repeated exposure to conditions, which results in **bodily injury** or **property damage** neither expected nor intended from the standpoint of the **insured**;
"**policy territory**" means:
(1) the United States of America, its territories or possessions, or Canada, or
(2) international waters or air space, provided the **bodily injury** or **property damage** does not occur in the course of travel or transportation to or from any other country, state or nation;
"**property damage**" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an **occurrence** during the policy period.

**VII. ADDITIONAL DEFINITIONS** (Automobile Liability Insurance): When used in reference to this insurance (including endorsements forming a part of the policy):
"**automobile business**" means the business or occupation of selling, repairing, servicing, storing or parking **automobiles**;
"**owned automobile**" means either
(a) an **automobile** which is owned by the **named insured** and described in the declarations; or
(b) an **automobile** ownership of which is newly acquired by the **named insured** during the policy period, provided
  (i) it replaces an **owned automobile** as defined in (a) above, or
  (ii) the company insures all **automobiles** owned by the **named insured** on the date of such acquisition and the **named insured** notifies the company within 30 days thereafter of his election to make this and no other policy issued by the company applicable to such **automobile** and pays any additional premium required therefor;

(Attach Endorsements Here)

and "owned automobile" includes a trailer not described in this policy, if designed for use with a four wheel private passenger automobile and if not being used for business purposes with another type automobile;

"private passenger automobile" means a private passenger or station wagon type automobile and any automobile the purpose of use of which is stated in the declarations as pleasure and business;

"temporary substitute automobile" means an automobile not owned by the named insured or any resident of the same household, while temporarily used with the permission of the owner as a substitute for an owned automobile when withdrawn from normal use for servicing or repair or because of its breakdown, loss or destruction;

"trailer" includes semi-trailer but does not include mobile equipment;

and as to "purpose(s) of use":

"commercial" means use principally in the business occupation of the named insured as stated in the declarations including occasional use for personal, pleasure, family and other business purposes;

"pleasure and business" means personal, pleasure, family and business use.

VIII. ADDITIONAL CONDITIONS
A. Other Insurance-Temporary Substitute and Newly Acquired Automobiles: With to a temporary substitute automobile, this insurance shall be excess insurance over an valid and collectible insurance available to the Insured.
With respect to an owned automobile ownership of which is newly acquired by the named during the policy period and not described in the declarations, this insurance shall no if any other valid and collectible insurance is available to the named insured.

B. Out of State Insurance: If, under the provisions of the motor vehicle financial re bility law or the motor vehicle compulsory insurance law or any similar law of an or province, a non-resident is required to maintain insurance with respect to the o or use of a motor vehicle in such state or province and such insurance requireme greater than the insurance provided by the policy, the limits of the company's liabil kinds of coverage afforded by the policy shall be as set forth in such law, in lieu insurance otherwise provided by the policy, but only to the extent required by such l only with respect to the operation or use of a motor vehicle in such state or province, p that the insurance under this provision shall be reduced to the extent that there valid and collectible insurance under this or any other motor vehicle insurance policy event shall any person be entitled to receive duplicate payments for the same elem loss.

## SECTION B—AUTOMOBILE MEDICAL PAYMENT INSURANCE

I. COVERAGE C-AUTOMOBILE MEDICAL PAYMENTS: The company will pay all reasonable medical expense incurred within one year from the date of the accident:

Division 1. to or for each person who sustains bodily injury, caused by accident, while occupying a designated automobile which is being used by a person for whom bodily injury liability insurance is afforded under this policy with respect to such use;

Division 2. to or for each insured who sustains bodily injury, caused by accident, while occupying or, while a pedestrian, through being struck by a highway vehicle.

Exclusions: This insurance does not apply:
(a) to bodily injury to any person or insured while employed or otherwise engaged in duties in connection with an automobile business, if benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;
(b) to bodily injury due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;
(c) under Division 1, to bodily injury to any employee of the named insured arising out of and in the course of employment by the named insured, but this exclusion does not apply to any such bodily injury arising out of and in the course of domestic employment by the named insured unless benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;
(d) under Division 2, to bodily injury sustained while occupying a highway vehicle owned by any insured, or furnished for the regular use of any insured by any person or organization other than the named insured.

II. PERSONS INSURED-DIVISION 2: Each of the following is an insured under this insurance to the extent set forth below:
(a) any person designated as insured in the schedule;
(b) while residents of the same household as such designated person, his spouse and the relatives of either;
and if such designated person shall die, any person who was an insured at the time of such death shall continue to be an insured.

III. LIMIT OF LIABILITY: Regardless of the number of (1) persons or organizations who are insureds under this policy, (2) persons who sustain bodily injury, (3) claims made or suits brought on account of bodily injury, or (4) designated automobiles to which this policy applies, the limit of liability for medical payments stated in the declarations as applicable to "each person" is the limit of the company's liability for all expenses incurred by or on behalf of each person who sustains bodily injury as the result of any one accident.
When more than one medical payments coverage afforded by this policy applies to the loss, the company shall not be liable for more than the amount of the highest applicable limit of liability

IV. ADDITIONAL DEFINITIONS: The additional definitions applicable to automobile injury liability insurance also apply to this insurance; and when used in reference to this in (including endorsements forming a part of the policy)
"designated automobile" means an automobile designated in the schedule and includes
(a) an automobile not owned by the named insured while temporarily used as a substi an owned automobile designated in the schedule when withdrawn from normal use for ing or repair or because of its breakdown, loss or destruction; and
(b) a trailer designed for use with a private passenger automobile, if not being used for b purposes with another type automobile and if not a home, office, store, display or pa trailer;
"highway vehicle" means a land motor vehicle or trailer other than
(a) a farm type tractor or other equipment designated for use principally off public while not upon public roads,
(b) a vehicle operated on rails or crawler-treads, or
(c) a vehicle while located for use as a residence or premises;
"medical expense" means expenses for necessary medical, surgical, x-ray and dental s including prosthetic devices, and necessary ambulance, hospital, professional nursing and services,
"occupying" means in or upon or entering into or alighting from.

V. POLICY PERIOD; TERRITORY: This insurance applies only to accidents which during the policy period within the policy territory.

VI. ADDITIONAL CONDITIONS:
A. Medical Reports; Proof and Payment of Claim: As soon as practicable the person or someone on his behalf shall give to the company written proof of claim oath if required, and shall, after each request from the company, execute authorization to the company to obtain medical reports and copies of records. The injured person shall to physical examination by physicians selected by the company when and as often company may reasonably require. The company may pay the injured person or any or organization rendering the services and such payment shall reduce the amount hereunder for such injury. Payment hereunder shall not constitute an admission of liat any person or, except hereunder, of the company

B. Excess Insurance: Except with respect to an owned automobile, the insurance Division 1 shall be excess insurance over any other valid and collectible automobile payments or automobile medical expense insurance.
The insurance under Division 2 shall be excess insurance over any other valid and co automobile medical payments or automobile medical expense insurance available to the under any other policy

C. Non-Applicability of Subrogation Condition: The Subrogation Condition does not to the Automobile Medical Payments Coverage.

## SECTION C—UNINSURED MOTORISTS INSURANCE

I. COVERAGE D-UNINSURED MOTORISTS (Damages for Bodily Injury): The company will pay all sums which the insured or his legal representative shall be legally entitled to recover as damages from the owner or operator of an uninsured highway vehicle because of bodily injury sustained by the insured, caused by accident and arising out of the ownership, maintenance or use of such uninsured highway vehicle; provided, for the purposes of this coverage, determination as to whether the insured or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the insured or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the bodily injury shall be conclusive, as between the insured and the company, of the issues of liability of such person or organization or of the amount of damages to which the insured is legally entitled unless such judgment is entered pursuant to an action prosecuted by the insured with the written consent of the company.

Exclusions: This insurance does not apply:
(a) to bodily injury to an insured with respect to which such insured, his legal represe or any person entitled to payment under this insurance shall, without written of the company, make any settlement with any person or organization who r legally liable therefor;
(b) to bodily injury to an insured while occupying a highway vehicle (other than an insured vehicle) owned by the named insured, any designated insured or any relative resident same household as the named or designated insured, or through being struck by vehicle, but this exclusion does not apply to the named insured or his relatives occupying or if struck by a highway vehicle owned by a designated insured or his re
(c) so as to inure directly or indirectly to the benefit of any workmen's compensa disability benefits carrier or any person or organization qualifying as a self-insure any workmen's compensation or disability benefits law or any similar law

II. **PERSONS INSURED:** Each of the following is an insured under this insurance to the extent set forth below
(a) the named insured and any designated insured and, while residents of the same household, the spouse and relatives of either;
(b) any other person while occupying an insured highway vehicle; and
(c) any person, with respect to damages he is entitled to recover because of bodily injury to which this insurance applies sustained by an insured under (a) or (b) above

The insurance applies separately with respect to each insured, except with respect to the limits of the company's liability.

III. **LIMITS OF LIABILITY:** Regardless of the number of (1) persons or organizations who are insureds under this policy, (2) persons who sustain bodily injury, 3) claims made or suits brought on account of bodily injury, or (4) highway vehicles to which this policy applies,
(a) The limit of liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all damages because of bodily injury sustained by one person as the result of any one accident and, subject to the above provision respecting "each person" the limit of liability stated in the declarations as applicable to "each accident" is the total limit of the company's liability for all damages because of bodily injury sustained by two or more persons as the result of any one accident.
(b) Any amount payable under the terms of this insurance because of bodily injury sustained in an accident by a person who is an insured under this coverage shall be reduced by
(1) all sums paid on account of such bodily injury by or on behalf of
  (i) the owner or operator of the uninsured highway vehicle and
  (ii) any other person or organization jointly or severally liable together with such owner or operator for such bodily injury,
including all sums paid under the bodily injury liability coverage of the policy, and
(2) the amount paid and the present value of all amounts payable on account of such bodily injury under any workmen's compensation law, disability benefits law or any similar law
(c) Any payment made under this insurance to or for any insured shall be applied in reduction of the amount of damages which he may be entitled to recover from any person or organization who is an insured under the bodily injury liability coverage of the policy.
(d) The company shall not be obligated to pay under this insurance that part of the damages which the insured may be entitled to recover from the owner or operator of an uninsured highway vehicle which represents expenses for medical services paid or payable under the medical payments coverage of the policy

IV. **POLICY PERIOD; TERRITORY:** This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada

V. **ADDITIONAL DEFINITIONS:** When used in reference to this insurance (including endorsements forming a part of the policy):
"designated insured" means an individual named in the schedule under Designated Insured;
"highway vehicle" means a land motor vehicle or trailer other than
(a) a farm type tractor or other equipment designed for use principally off public roads, while not upon public roads,
(b) a vehicle operated on rails or crawler-treads, or
(c) a vehicle while located for use as a residence or premises;
"hit-and-run vehicle" means a highway vehicle which causes bodily injury to an insured arising out of physical contact of such vehicle with the insured or with a vehicle which the insured is occupying at the time of the accident, provided:
(a) there cannot be ascertained the identity of either the operator or owner of such highway vehicle;
(b) the insured or someone on his behalf shall have reported the accident within 24 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles, and shall have filed with the company within 30 days thereafter a statement under oath that the insured or his legal representative has a cause or causes of action arising out of such accident for damages against a person or persons whose identity is unascertainable, and setting forth the facts in support thereof; and
(c) at the company's request, the insured or his legal representative makes available for inspection the vehicle which the insured was occupying at the time of the accident;
"insured highway vehicle" means a highway vehicle:
(a) described in the schedule as an insured highway vehicle to which the bodily injury liability coverage of the policy applies;
(b) while temporarily used as a substitute for an insured highway vehicle as described in subparagraph (a) above, when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction,
(c) while being operated by the named or designated insured or by the spouse of either if a resident of the same household;
but the term "insured highway vehicle" shall not include
(i) a vehicle while used as a public or livery conveyance, unless such use is specifically declared and described in this policy,
(ii) a vehicle while being used without the permission of the owner,
(iii) under subparagraphs (b) and (c) above, a vehicle owned by the named insured, any designated insured or any resident of the same household as the named or designated insured; or
(iv) under subparagraphs (b) and (c) above, a vehicle furnished for the regular use of the named insured or any resident of the same household;
"occupying" means in or upon or entering into or alighting from,
"state" includes the District of Columbia, a territory or possession of the United States, and a province of Canada;
"uninsured highway vehicle" means:
(a) a highway vehicle with respect to the ownership, maintenance or use of which there is, in at least the amounts specified by the financial responsibility law of the state in which the insured highway vehicle is principally garaged, no bodily injury liability bond or insurance policy applicable at the time of the accident with respect to any person or organization legally responsible for the use of such vehicle, or with respect to which there is a bodily injury liability bond or insurance policy applicable at the time of the accident but the company writing the same denies coverage thereunder or is or becomes insolvent, or
(b) a hit-and-run vehicle;
but the term "uninsured highway vehicle" shall not include

(i) an insured highway vehicle,
(ii) a highway vehicle which is owned or operated by a self-insurer within the meaning any motor vehicle financial responsibility law, motor carrier law or any similar law,
(iii) a highway vehicle which is owned by the United States of America, Canada, a state political subdivision of any such government or an agency of any of the foregoing

VI. **ADDITIONAL CONDITIONS**

A. **Premium:** If during the policy period the number of insured highway vehicles owned by named insured or spouse or the number of dealer's license plates issued to the insured changes, the named insured shall notify the company during the policy period any change and the premium shall be adjusted in accordance with the manuals in by the company If the earned premium thus computed exceeds the advance pre paid, the named insured shall pay the excess to the company, if less, the company return to the named insured the unearned portion paid by such insured.

B. **Proof of Claim; Medical Reports:** As soon as practicable, the insured or other p making claim shall give to the company written proof of claim, under oath if required, incl full particulars of the nature and extent of the injuries, treatment, and other details ent into the determination of the amount payable hereunder. The insured and every other p making claim hereunder shall submit to examinations under oath by any person name the company and subscribe the same, as often as may reasonably be required. Proof of shall be made upon forms furnished by the company unless the company shall have to furnish such forms within 15 days after receiving notice of claim
The injured person shall submit to physical examinations by physicians selected by the com when and as often as the company may reasonably require and he, or in the event o incapacity his legal representative, or in the event of his death his legal representativ the person or persons entitled to sue therefor, shall upon each request from the com execute authorization to enable the company to obtain medical reports and copies of rec

C. **Assistance and Cooperation of the Insured:** After notice of claim under this insur the company may require the insured to take such action as may be necessary or appro to preserve his right to recover damages from any person or organization alleged to be le responsible for the bodily injury; and in any action against the company, the company require the insured to join such person or organization as a party defendant

D. **Notice of Legal Action:** If, before the company makes payment of loss hereunder insured or his legal representative shall institute any legal action for bodily injury agains person or organization legally responsible for the use of a highway vehicle involved in the acc a copy of the summons and complaint or other process served in connection with such action shall be forwarded immediately to the company by the insured or his legal represent

E. **Other Insurance:** With respect to bodily injury to an insured while occupying a h vehicle not owned by the named insured, this insurance shall apply only as excess insu over any other similar insurance available to such insured and applicable to such vehic primary insurance, and this insurance shall then apply only in the amount by which the of liability for this coverage exceeds the applicable limit of liability of such other insu

Except as provided in the foregoing paragraph, if the insured has other similar insurance av to him and applicable to the accident, the damages shall be deemed not to exceed the l of the applicable limits of liability of this insurance and such other insurance, and the con shall not be liable for a greater proportion of any loss to which this coverage applies the limit of liability hereunder bears to the sum of the applicable limits of liability insurance and such other insurance

F. **Arbitration:** If any person making claim hereunder and the company do not agre such person is legally entitled to recover damages from the owner or operator of an u highway vehicle because of bodily injury to the insured, or do not agree as to the amo payment which may be owing under this insurance, then, upon written demand of eith matter or matters upon which such person and the company do not agree shall be s by arbitration, which shall be conducted in accordance with the rules of the American Arbi Association unless other means of conducting the arbitration are agreed to between the and the company, and judgment upon the award rendered by the arbitrators may be e in any court having jurisdiction thereof. Such person and the company each agree to co itself bound and to be bound by any award made by the arbitrators pursuant to this inst

G. **Trust Agreement:** In the event of payment to any person under this insurance
(a) the company shall be entitled to the extent of such payment to the proceeds c settlement or judgment that may result from the exercise of any rights of rec of such person against any person or organization legally responsible for the bodily because of which such payment is made;
(b) such person shall hold in trust for the benefit of the company all rights of rec which he shall have against such other person or organization because of the dar which are the subject of claim made under this insurance;
(c) such person shall do whatever is proper to secure and shall do nothing after l prejudice such rights;
(d) if requested in writing by the company, such person shall take, through any represen designated by the company, such action as may be necessary or appropriate to r such payment as damages from such other person or organization, such action taken in the name of such person; in the event of a recovery, the company sh reimbursed out of such recovery for expenses, costs and attorneys' fees incurr it in connection therewith;
(e) such person shall execute and deliver to the company such instruments and as may be appropriate to secure the rights and obligations of such person ar company established by this provision

H. **Payment of Loss by the Company:** Any amount due hereunder is payable
(a) to the insured, or
(b) if the insured be a minor to his parent or guardian, or
(c) if the insured be deceased to his surviving spouse, otherwise
(d) to a person authorized by law to receive such payment or to a person legally to recover the damages which the payment represents,

provided, the company may at its option pay any amount due hereunder in accordanc division (d) hereof.

## CONDITIONS

1. **Premium:** All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

   Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the named insured, shall become due and payable If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the named insured the unearned portion paid by the named insured.

   The named insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct

2. **Inspection and Audit:** The company shall be permitted but not obligated to inspect the named insured's property and operations at any time Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the named insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

   The company may examine and audit the named insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

3. **Financial Responsibility Laws:** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for **bodily injury liability** or for **property damage liability** shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

4. **Insured's Duties in the Event of Occurrence, Claim or Suit:**
   (a) In the event of an **occurrence**, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the insured to the company or any of its authorized agents as soon as practicable.
   (b) If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.
   (c) The insured shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of injury or damage with respect to which insurance is afforded under this policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

5. **Action Against Company:** No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company

   Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the insured to determine the insured's liability, nor shall the company be impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate not relieve the company of any of its obligations hereunder.

6. **Other Insurance:** The insurance afforded by this policy is primary insurance, when stated to apply in excess of or contingent upon the absence of other insurance this insurance is primary and the insured has other insurance which is stated to be ap to the loss on an excess or contingent basis, the amount of the company's liability this policy shall not be reduced by the existence of such other insurance

   When both this insurance and other insurance apply to the loss on the same basis, primary, excess or contingent, the company shall not be liable under this policy for a proportion of the loss than that stated in the applicable contribution provision below.

   (a) **Contribution by Equal Shares.** If all of such other valid and collectible insurance p for contribution by equal shares, the company (including any affiliated compan' not be liable for a greater proportion of such loss than would be payable if each contributes an equal share until the share of each insurer equals the lowest ap limit of liability under any one policy or the full amount of the loss is paid, ar respect to any amount of loss not so paid the remaining insurers then cont contribute equal shares of the remaining amount of the loss until each such has paid its limit in full or the full amount of the loss is paid.

   (b) **Contribution by Limits.** If any of such other insurance does not provide for cont by equal shares, the company (including any affiliated company) shall not be lia a greater proportion of such loss than the applicable limit of liability under this for such loss bears to the total applicable limit of liability of all valid and co insurance against such loss.

7. **Subrogation:** In the event of any payment under this policy, the company s subrogated to all the insured's rights of recovery therefor against any person or orga and the insured shall execute and deliver instruments and papers and do whatever necessary to secure such rights. The insured shall do nothing after loss to prejudice such

8. **Changes:** Notice to any agent or knowledge possessed by any agent or by an person shall not effect a waiver or a change in any part of this policy or estop the co from asserting any right under the terms of this policy; nor shall the terms of this be waived or changed, except by endorsement issued to form a part of this policy

9. **Assignment:** Assignment of interest under this policy shall not bind the compan its consent is endorsed hereon; if, however, the named insured shall die, such insurance afforded by this policy shall apply (1) to the named insured's legal representative, as the insured, but only while acting within the scope of his duties as such, and (2) with to the property of the named insured, to the person having proper temporary custody as insured, but only until the appointment and qualification of the legal representative

10. **Cancellation:** This policy may be cancelled by the named insured by surrender to the company or any of its authorized agents or by mailing to the company written stating when thereafter the cancellation shall be effective. This policy may be cance the company by mailing to the named insured at the address shown in this policy, written stating when not less than ten days thereafter such cancellation shall be effective The of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the e date and hour of cancellation stated in the notice shall become the end of the policy Delivery of such written notice either by the named insured or by the company shall be equ to mailing.

    If the named insured cancels, earned premium shall be computed in accordance with the cus short rate table and procedure. If the company cancels, earned premium shall be co pro rata Premium adjustment may be made either at the time cancellation is effected soon as practicable after cancellation becomes effective, but payment or tender of ur premium is not a condition of cancellation.

11. **Declarations:** By acceptance of this policy, the named insured agrees that the ments in the declarations are his agreements and representations, that this policy is in reliance upon the truth of such representations and that this policy embodies all agre existing between himself and the company or any of its agents relating to this insi

**In Witness Whereof,** the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorizec representative of the company

*[Signature]* Secretary

*[Signature]* President