B-04-93

AO 440 (Rev. 10/93) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED

JUN 28 2004

Michael N. Milby
Clerk of Court

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-24-2004 |
| NAME OF SERVER (PRINT) MARILYN STROUD | TITLE Civil Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Valley Regional Hospital Emergency Rm #14, Brownsville, Texas

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-24-2004       Marilyn Stroud
           Date                Signature of Server

Mission, Tx
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## State of Texas

Brownsville Division                                   United States District Court

Summons In A Civil Case                         Southern District Of Texas

Cause No: B-04-093

Plaintiff: Canal Indemnity Co. vs. Defendant: Rene Everette Casas

Name of person/entity being served: George Coyle

I, MARILYN STROUD, hereby swear and affirm the following is true and correct. I am above the age of eighteen years, I am legally competent to make this affidavit. I, pursuant to order of the Court did serve the original citation attached hereto, with the following document(s) attached:

1) PLAINTIFF'S ORIGINAL PETITION FOR
   DECLARATORY JUDGMENT

on the person names therein, by personally delivering the same to him/her on the 24th day of June, 2004 and I state that the statements contained on the citation on file herein on the officer's return is true in all things asserted therein.

_____
MARILYN STROUD

SWORN AND SUBSCRIBED to, before me, on this the 25 day of June, 2004.

GLORIA A MUNOZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 06-21-2006

_____
NOTARY PUBLIC
STATE OF TEXAS

(POP revised 5-11-02)