• AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | United States District Court Southern District of Texas FILED |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 6-16-2004 | |
| NAME OF SERVER (PRINT) MARILYN STROUD | TITLE Civil Process Server | JUN 2 8 2004 |

*Check one box below to indicate appropriate method of service*

Michael N. Milby
Clerk of Court

☒ Served personally upon the defendant. Place where served: 2701 Wharton Mission, TX 78572

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-16-2004        *Marilyn Stroud*
                Date                   Signature of Server

Mission, TX
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

### State of Texas

**Brownsville Division**                    **United States District Court**

**Summons In A Civil Case**                **Southern District Of Texas**

**Cause No: B-04-093**

**Plaintiff:** Canal Indemnity Co. vs. **Defendant:** Rene Everette Casas

**Name of person/entity being served:** Ruben Eloy Vidaurri

I, MARILYN STROUD, hereby swear and affirm the following is true and correct. I am above the age of eighteen years, I am legally competent to make this affidavit. I, pursuant to order of the Court did serve the original citation attached hereto, with the following document(s) attached:

1) **PLAINTIFF'S ORIGINAL PETITION FOR DECLARATORY JUDGMENT**

on the person names therein, by personally delivering the same to him/her on the _16th_ day of _June_, 2004 and I state that the statements contained on the citation on file herein on the officer's return is true in all things asserted therein.

_Marilyn Stroud_
**MARILYN STROUD**

SWORN AND SUBSCRIBED to, before me, on this the _18th_ day of _June_, 2004.

_Connie M. Valdez_
**NOTARY PUBLIC**
**STATE OF TEXAS**

CONNIE M. VALDEZ
Notary Public State of Texas
My Comm. Exp. 11-27-2004

(POP revised 5-11-02)