IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 6 2004

Michael N. Milby
Clerk of Court

| CANAL INDEMNITY CO. | () | |
|---|---|---|
| | () | |
| | () | CIVIL ACTION NO. |
| VS. | () | B-04-093 |
| | () | |
| | () | |
| GEORGE COYLE, et al. | () | |

# PRO-SE ANSWER

TO THE COURT:

1. NOW COMES Ruben Eloy Vidaurri, Defendant herein, who resides at 2701 Wharton Road, Mission, Texas 78574.

2. GENERAL DENIAL: Defendant denies each and every, all and singular, the allegations contained in "Plaintiff's Original Petition For Declaratory Judgment" and demands strict proof thereof.

3. WHEREFORE, PREMISES CONSIDERED, Defendant prays that all requested relief be denied, and that Defendant have his costs and such other and further relief, at law and in equity, to which Defendant may be shown to be justly entitled.

Respectfully Submitted,

*Ruben E. Vidaurri*
RUBEN ELOY VIDAURRI, Defendant
2701 Wharton Road
Mission, Texas 78574
Ph: 956/519-6706

PRO-SE

. . . . . .

## CERTIFICATE OF SERVICE

I certify that on this day a true and correct copy of the foregoing PRO-SE ANSWER was served upon Plaintiff by hand-delivering a true and correct copy thereof to the office of Plaintiff's attorney of record, as follows:

> A. Peter Thaddeus, Jr.
> Thaddeus Law Office
> 710 Laurel, Suite C
> McAllen, Texas 78501

Signed this __2__ day of July, 2004.

_____
RUBEN ELOY VIDAURRI