IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANAL INDEMNITY CO | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-CV-093 |
| | § | |
| GEORGE COYLE | § | |

### DEFENDANT GEORGE COYLE'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION FOR <u>DECLARATORY JUDGMENT</u>

TO THE HONORABLE U.S. DISTRICT JUDGE:

COMES NOW Defendant GEORGE COYLE and files his Original Answer to Plaintiff's Original Petition for Declaratory Judgment and would show the Court as follows:

<u>ORIGINAL ANWER</u>

<u>ADMISSIONS AND DENIALS</u>

1. In response to paragraph 1, Defendant admits that Plaintiff Canal Indemnity Co. is a stock insurance company with its principal place of business in Greenville, South Carolina.

2. In response to paragraph 2, Defendant admits that he is a resident of the State of Texas.

3. In response to paragraph 3, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.

4. In response to paragraph 4, Defendant is without sufficient knowledge or information to form a belief as to the truth of the truth of the allegations contained in said paragraph.

5. In response to paragraph 5, Defendant admits venue is proper in this Court.

6. In response to paragraph 6, Defendant admits this court has jurisdiction.

7. In response to paragraph 7. Defendant denies the allegations contained in paragraph 7.

8. In response to paragraph 8, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.

9. In response to paragraph 9, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.

10. In response to paragraph 10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.

11. In response to paragraph 11, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.

12. In response to paragraph 12, Defendant admits that the insurance policy L036098 was in effect at the time of the alleged incident on which this claim is based.

13. In response to paragraph 13, Defendant admits that Plaintiff has correctly cited Section III subsections (a); (c)(1)(2).

14. In response to paragraph 14, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.

15. In response to paragraph 15, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.

16. In response to paragraph 16, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.

## PRAYER

For these reasons, defendant asks the court to render judgment denying Plaintiff's petition for Declaratory Judgment and award Defendant all other relief to which he is entitled.

Respectfully submitted,

**PÉREZ & PIETTE**

By: _____
Frank E. Pérez
Federal ID No. 1930
State Bar No. 15776540
300 Mexico Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-5403
Facsimile: (956) 504-5991
ATTORNEYS FOR DEFENDANT
GEORGE COYLE

### CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of July 2004, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA CMRRR# 7160 3901 9848 3279 6038**
**VIA FAX: 956-618-5236**
Mr. A. Pete Thaddeus, Jr.
Thaddeus Law Office
710 Laurel, Suite C
McAllen, Texas 78501

_____
Pérez & Piette