IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANAL INDEMNITY CO | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-093 |
| | § | |
| GEORGE COYLE | § | |

### DEFENDANT'S LIST OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with the Court's Order Setting Conference, Defendant George Coyle files this list of all entities that are financially interested in this litigation:

1. Canal Indemnity Company, Plaintiff in this declaratory action;

2. George Coyle, Defendant in this action;

3. Victoria Coyle, George Coyle's wife;

4. George Coyle Trucking, Inc., George Coyle's business;

5. Rene Everett Casas, listed as defendant by Plaintiff and driver of the tractor trailer assigned to Vidaurri;

6. Ruben Eloy Vidaurri, listed as defendant by Plaintiff and employee of Veronica Olivares;

7. Veronica Olivares, owner of tractor trailer involved in accident, leased same to George Coyle;

Respectfully submitted,

PÉREZ & PIETTE

By: 
Frank E. Pérez
Federal ID No. 1930
State Bar No. 15776540
300 Mexico Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-5403
Facsimile: (956) 504-5991
ATTORNEYS FOR DEFENDANT
GEORGE COYLE

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of July 2004, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA FAX: 956-618-5236**
Mr. A. Pete Thaddeus, Jr.
Thaddeus Law Office
710 Laurel, Suite C
McAllen, Texas 78501


Pérez & Piette