

United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY CO. | § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-093 |
| GEORGE COYLE | § | A jury is demanded |

### CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE COURT:

COMES NOW Canal Indemnity Co., Plaintiff, in the above styled civil action and makes this Certification of Disclosure of Interested Parties pursuant to Order of the court.

Disclosure Statement:

Canal Indemnity Co is a closely held corporation and no stock is publicly traded.

Respectfully submitted,

THADDEUS LAW OFFICE
710 Laurel, Suite C
McAllen, Texas 78501
Tel: (956) 342-0915
(956) 618.5236 (Fax)

_____
A. PETER THADDEUS, JR.
State Bar No. 19819500
Fed. ID No. 0793
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, A. Peter Thaddeus, Jr. hereby certify that a true and correct copy of the foregoing document has been sent to

Frank E. Pérez
Attorney at Law
300 Mexico Blvd.
Brownsville, Texas 78520

Ruben Eloy Vidaurri
2701 Wharton Road
Mission, Texas 78574
Pro se

on this the 29th day of July, 2004 via regular mail

_____
A. PETER THADDEUS, JR.