IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 21 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CANAL INDEMNITY CO. § § | |
| v. § | CIVIL NO. B-04-093 |
| GEORGE COYLE § § | |

### ORDER

BE IT REMEMBERED that on September 17, 2004, the Court considered Plaintiff's Motion For Leave To Amend Original Petition [Dkt. No. 9]. The Court hereby **GRANTS** the Motion.

DONE at Brownsville, Texas, this 17 day of September, 2004.

Hilda G. Tagle
United States District Judge