IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY CO | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-093 |
| | § | |
| GEORGE COYLE | § | |

### DEFENDANT GEORGE COYLE'S
### CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **GEORGE COYLE**, Defendants in the above-entitled and numbered cause, and files their Certificate of Written Discovery as follows:

I.

On the 1st day of October, 2004, the following discovery responses were served on plaintiff's attorney from George Coyle:

(1) Defendant George Coyle Responses to Plaintiff's First Request for Admissions.

Respectfully submitted,

**PÉREZ & PIETTE**

By: _____
Frank E. Pérez
Federal ID No.
State Bar No. 15776540
300 Mexico Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-5403
Facsimile: (956) 504-5991

ATTORNEYS FOR DEFENDANT
GEORGE COYLE

### CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of October 2004, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA FAX: 956-618-5236**
Mr. A. Pete Thaddeus, Jr.
Thaddeus Law Office
710 Laurel, Suite C
McAllen, Texas 78501



Pérez & Piette