# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

NOV 0 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Kovacevic   ■ Levesque |
| DATE | 10 / 25 / 04 |
| TIME | 10:48 a.m. — 10:53 a.m. |
| CIVIL ACTION | B-04-93 |
| STYLE | CANAL INDEMNITY CO.  *versus*  GEORGE COYLE, ET AL. |

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;   (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):           Pete Thaddeus, Jr.
Attorney(s) for Defendant(s):
George Coyle                            Frank E. Perez
Ruben Eloy Vidaurri                     Keith Livesave (formerly Pro Se)

Comments:

1. No response filed by Rene Everett Casas

2 Vidaurri not part of initial joint case management plan b/c he was pro se, and Livesave was retained on October 22. Parties agreed they would amend the joint case management plan

3. Atty Perez stated Coyle passed away about a month ago. Wife is now trying to retain counsel to probate the will

4. The Court agreed that the parties should file a joint case management plan within approximately 60 days, giving Mrs. Coyle another 30 days to work out the probate issues (or at least retain an atty so she can move forward).

5. Once amended joint case management plan is filed Court will enter a scheduling order.