United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY CO. | § | |
| | § | |
| v. | § | CIVIL NO. B-04-093 |
| | § | |
| GEORGE COYLE, | § | |
| ELOY VIDAURRI, and | § | |
| RENE EVERETT CASAS | § | |

### ORDER

BE IT REMEMBERED that on January 14, 2005, the Court considered the status of this case.

On June 7, 2004 [Dkt. No. 2], pursuant to Federal Rules of Civil Procedure Rule 16, the Court ordered the parties to appear on October 25, for an initial pretrial conference. This Order further required the parties to submit a Joint Discovery/ Case Management Plan ("Plan") before the date of the initial pretrial conference.

Plaintiff Canal Indemnity Co. and defendant George Coyle submitted a Plan on October 13. However, defendants Eloy Vidaurri ("Vidaurri") and Rene Everett Casas ("Casas") did not participate in the Plan. At the initial pretrial conference, the parties explained that defendant Vidaurri did not partake in the Plan since he had retained counsel subsequent to the Plan's submission. Furthermore, Casas did not participate in the Plan since he has yet to respond to the plaintiff's complaint. Additionally, it was noted that the defendant George Coyle had passed away. Therefore, it was agreed that the parties would submit an amended Plan within approximately 60 days.

This Court has received nothing from the parties and this deadline has past. Accordingly, it is hereby **ORDERED** that the parties submit an amended Joint Discovery/ Case Management Plan by 3:00 p.m. on February 11, 2005.

DONE at Brownsville, Texas, this 14th day of January, 2005.

Hilda G. Tagle
United States District Judge