United States District Court
Southern District of Texas
FILED

FEB 0 3 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY CO. | ‡ | |
| | ‡ | |
| V. | ‡ | CIVIL NO. B-04-093 |
| | ‡ | |
| GEORGE COYLE, ET AL. | ‡ | |

## MOTION TO APPEAR PRO HAEC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES KEITH C. LIVESAY, Movant in the above referenced cause, and files this MOTION TO APPEAR PRO HAEC VICE, and would respectfully show unto the Court as follows:

Defendant Ruben Eloy Vidaurri has retained the Movant to represent him in the above referenced matter.

Movant is licensed by the Supreme Court of Texas, the Fifth Circuit, and the United States Supreme Court.

Movant wishes to appear before this Court in this matter to represent Defendant Ruben Eloy Vidaurri.

Movant agrees to abide by all professional rules and all rules of decorum as established by this Court.

**WHEREFORE, PREMISES CONSIDERED, RUBEN ELOY VIDAURRI, Defendant** in the above referenced matter, respectfully prays that his motion be granted, and for general relief.

Respectfully submitted,

**LIVESAY LAW OFFICE**
1122 Pecan
McAllen, Texas 78501
(956) 664-9288

BY: _____
KEITH C. LIVESAY
State Bar No. 12437100

## CERTIFICATE OF CONFERENCE

I, **KEITH C. LIVESAY,** do hereby certify that I have attempted to contact Plaintiff's Counsel of Record, A. Peter Thaddeus and Frank E. Perez, concerning the above referenced motion, and that they were unopposed to this Motion.

_____
KEITH C. LIVESAY

## CERTIFICATE OF SERVICE

I, **KEITH C. LIVESAY,** do hereby certify that I have caused to be delivered a true and correct copy of the above and foregoing copy by certified mail, return receipt requested, hand delivery and/or fax transmission to Opposing Counsel:

| | |
|---|---|
| A. Peter Thaddeus<br>6301 N. 10th St.<br>McAllen, Texas 78504 | Frank E. Perez<br>436 Paredes Ln Rd.<br>Brownsville, Texas 78520 |

on the 28th day of January, 2005.

_____
KEITH C. LIVESAY