IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CANAL INDEMNITY CO. | ‡ |
| | ‡ |
| V. | ‡ CIVIL NO. B-04-093 |
| | ‡ |
| GEORGE COYLE, ET AL. | ‡ |

## ORDER GRANTING MOTION TO APPEAR PRO HAEC VICE

Came on to be heard Movant's Motion to Appear Pro Haec Vice, and the Court, having considered this motion, finds it to be well taken, and accordingly;

GRANTS Movant's Motion to Appear Pro Haec Vice.

Signed and Entered on this the _____ day of _____, 2004.

_____
JUDGE PRESIDING

cc: Keith C. Livesay, 1122 Pecan, McAllen, Texas 78501
A. Peter Thaddeus, 6301 N. 10th St., McAllen, Texas 78504
Frank E. Perez, 436 Paredes Ln Rd., Brownsville, Texas 78520