United States District Court
Southern District of Texas
FILED

FEB 0 3 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY CO. | ‡ | |
| | ‡ | |
| V. | ‡ | CIVIL NO. B-04-093 |
| | ‡ | |
| GEORGE COYLE, ET AL. | ‡ | |

## MOTION FOR LEAVE TO FILE AMENDED ANSWER

TO THE JUDGE OF SAID COURT:

**RUBEN ELOY VIDAURRI, Defendant** in the above referenced cause, files his **MOTION FOR LEAVE TO FILE AMENDED ANSWER,** and would respectfully show the Court as follows:

Defendant is a truck driver, not an attorney.

He initially filed an answer before this Court pro se.

While Defendants' Answer would have been sufficient under State Court practice, it clearly is insufficient under federal court practice.

Accordingly, Defendant seeks leave to amend his answer, such that it complies with the federal court format.

Fed. R. Civ. P. 15 reflects a liberal policy for the amendment of all pleadings.

Neither Plaintiff nor Defendant will be harmed by such amendment of pleadings. Such amendment is to clarify the issues involved.

**WHEREFORE, PREMISES CONSIDERED, RUBEN ELOY VIDAURRI, Defendant** in the above styled and numbered cause, respectfully prays that leave be granted, and for general relief.

Respectfully submitted,

**LIVESAY LAW OFFICE**
1122 Pecan
McAllen, Texas 78501
(956) 664-9288

BY: _____
KEITH C. LIVESAY
State Bar No. 12437100

## CERTIFICATE OF CONFERENCE

I, KEITH C. LIVESAY, do hereby certify that I have attempted to contact Plaintiff's Counsel of Record, A. Peter Thaddeus and Frank E. Perez, concerning the above referenced motion, and that they were unopposed to this Motion.

_____
KEITH C. LIVESAY

## CERTIFICATE OF SERVICE

I, KEITH C. LIVESAY, do hereby certify that I have caused to be delivered a true and correct copy of the above and foregoing copy by certified mail, return receipt requested, hand delivery and/or fax transmission to Opposing Counsel:

| | |
|---|---|
| A. Peter Thaddeus | Frank E. Perez |
| 6301 N. 10th St. | 436 Paredes Ln Rd. |
| McAllen, Texas 78504 | Brownsville, Texas 78520 |

on the 28th day of January, 2005.

_____
KEITH C. LIVESAY