IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CANAL INDEMNITY CO. | ‡ |
| | ‡ |
| V. | ‡  CIVIL NO. B-04-093 |
| | ‡ |
| GEORGE COYLE, ET AL. | ‡ |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED PLEADINGS

Came on to be considered Plaintiff's Motion for Leave to File Amended Answer, and having considered Plaintiff's motion, and any response thereto, finds that it possesses merit, and accordingly, it is hereby GRANTED.

Signed and entered on the _____ day of _____, 2005 at McAllen, Texas.

_____
JUDGE PRESIDING

cc:  Keith C. Livesay, 1122 Pecan, McAllen, Texas 78501
     A. Peter Thaddeus, 6301 N. 10th St., McAllen, Texas 78504
     Frank E. Perez, 436 Paredes Ln Rd., Brownsville, Texas 78520