United States District Court
Southern District of Texas
ENTERED

FEB 0 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CANAL INDEMNITY CO.** | § | |
| | § | |
| **v.** | § | **CIVIL NO. B-04-093** |
| | § | |
| | § | |
| **GEORGE COYLE,** | § | |
| **RUBEN ELOY VIDAURRI, and** | § | |
| **RENE EVERETT CASAS** | § | |

**ORDER**

BE IT REMEMBERED that on February 7, 2005, the Court considered the following motions: (1) defendant Ruben Eloy Vidaurri's ("defendant") motion for leave to amend, Dkt. No. 16; and (2) defendant's attorney Keith C. Livesay's motion for leave to appear *pro hac vice*, Dkt. No. 15. Both motions are unopposed.

Accordingly, defendant's motion for leave to amend is **GRANTED**. Dkt. No. 16.

Furthermore, defendant's attorney's motion to appear *pro hac vice* is **GRANTED**. Dkt. No. 15. Therefore, the Court **ORDERS** that Keith C. Livesay be admitted to practice in the United States District Court, Southern District of Texas, and before this Court in conjunction with the above-styled litigation.

DONE at Brownsville, Texas, this 7 day of February, 2005.

_____
Hilda G. Tagle
United States District Judge