United States District Court
Southern District of Texas
FILED

FEB 1 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY CO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-093 |
| | § | |
| GEORGE COYLE | § | |

## SUGGESTION OF BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, DEFENDANT GEORGE COYLE. through his undersigned attorney and would show the Court:

1. A petition for relief under Chapter 11, United States Code, in the United States Bankruptcy Court for the Southern District of Texas, which bears the case number 04-11667 was filed on Dec. 29, 2004 by Defendant, GEORGE H. COYLE, INC. See attached Exhibit A.

2. George Coyle, Inc. was the **applicant** on the insurance policy in question in this matter as evidenced by the attachments to *Plaintiff's Original Petition for Declaratory Judgment*, and is a party in interest as listed in the *Defendant's List of Interested Parties* filed on July 15, 2004, although the insured on the policy sued upon is listed as George Coyle, the Defendant. As can be seen by the attachments to *Plaintiff's Original Petition for Declaratory Judgment*, George Coyle's business is the real party in interest.

3. Defendant respectfully requests that the parties be excused from filing the Joint Case Management Plan due today, in light of the development of the filing of the bankruptcy. This request that the parties be excused from filing the Joint Case Management Plan due today, in light of the development of the filing of the bankruptcy, is not opposed.

WHEREFORE, the plaintiff suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

Respectfully submitted,

PÉREZ & PIETTE

By: _____
Frank E. Pérez
Federal ID No.
State Bar No. 15776540
300 Mexico Boulevard
Brownsville, Texas 78520
Telephone:  (956) 504-5403
Facsimile:    (956) 504-5991
ATTORNEYS FOR DEFENDANT
GEORGE COYLE

## CERTIFICATE OF CONFERENCE

Defendant's counsel contacted opposing counsel, and ascertained that Defendant's request that the parties be excused from filing the Joint Case Management Plan due today, in light of the development of the filing of the bankruptcy, is not opposed.

Pérez & Piette

## CERTIFICATE OF SERVICE

I hereby certify that on this the _11_ day of _July_ 2005, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA FAX (956) 618-5236**
Mr. A. Pete Thaddeus, Jr.
Thaddeus Law Office
710 Laurel, Suite C
McAllen, Texas 78501

**VIA FAX (956) 687-2997**
Mr. Keith Livesay
Livesay Law Office
1122 Pecan
McAllen, Texas



Pérez & Piette