BK CM/ECF LIVE - US  Texas Southern                Page 1 of 1

# Open New Bankruptcy Case

### U.S. Bankruptcy Court

### Southern District of Texas

Notice of Bankruptcy Case Filing

The following transaction was received from Ventura, John entered on 12/29/2004 at 2:20 PM CST and filed on 12/29/2004
**Case Name:**     George H. Coyle Inc.
**Case Number:**   04-11667
**Document Number:** 1

**Docket Text:**
Chapter 11 Voluntary Petition. Receipt Number CC, Fee Amount $839. Filed by George H. Coyle Inc. 20 Largest Unsecured Creditors due 1/3/2005. Chapter 11 Plan due by 4/28/2005. Disclosure Statement due by 4/28/2005. Attorney Signature Exhibit B due 1/13/2005. Attorney Signature Page 2 due 1/13/2005. Schedule A due 1/13/2005. Schedule B due 1/13/2005. Schedule C due 1/13/2005. Schedule F due 1/13/2005. Schedule G due 1/13/2005. Schedule H due 1/13/2005. Schedule J due 1/13/2005. Schedules A-J due 1/13/2005. Statement of Financial Affairs due 1/13/2005. Summary of schedules due 1/13/2005. Incomplete Filings due by 1/13/2005. (Ventura, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** K:\ECF Filing\GEORGEHC\Petition.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=12/29/2004] [FileNumber=7873143-0
] [018f637da59df18c85fb1f92309b0542605c8fa1ee1c52ee61d2bfc9bcb7350423e
7bb6caf8e2c158eaefef4517c65a0abd785e0e9582966aaf3b4929634abe8]]

**04-11667 Notice will be electronically mailed to:**

John Ventura     courts@johnventura.com, jvcourts@lycos.com

**04-11667 Notice will not be electronically mailed to:**

https://ecf.txsb.uscourts.gov/cgi-bin/Dispatch.pl?186769095856881                12/29/2004

(Official Form 1) (12/03)

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): Coyle Inc., George H. | FORM B1, Page 2 |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor George H. Coyle Inc.

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

December 29, 2004
Date

**Signature of Attorney**

X _[signature]_
Signature of Attorney for Debtor(s)
Ellen C Stone 19305000
Printed Name of Attorney for Debtor(s)
Law Offices of John Ventura, P.C.
Firm Name
62 E. Price Rd
Brownsville, Tx
78521
Address
Email: estone@johnventura.com
(956) 546-9398  Fax: (956) 542-1478
Telephone Number
December 29, 2004
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _[signature]_  _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Southern District of Texas | Voluntary Petition |
|---|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Coyle Inc., George H. | | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>xxx-xx-9488 | | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>106 South Oklahoma Ave.<br>Brownsville, TX 78521 | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Cameron | | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 4216<br>Brownsville, TX 78523 | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ■ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.
*** Ellen C. Stone 19305000 ***

**Statistical/Administrative Information** (Estimates only)                              THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million | |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Debts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million | |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |