IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CANAL INDEMNITY CO. | § § § | |
| v. | § | CIVIL NO. B-04-093 |
| GEORGE COYLE, RUBEN ELOY VIDAURRI, and RENE EVERETT CASAS | § § § § | |

### ORDER

BE IT REMEMBERED that on February 14, 2005, the Court having received a Notice Of Bankruptcy Case Filing (Dkt. No. 18), this case is held in abeyance pursuant to the automatic stay provision in 11 U.S.C. § 362. Accordingly, all pending motions in the above styled case are hereby **MOOTED** until such time as the parties either file a motion to reconsider, notify the Court that the stay has been lifted, or brief the Court on why the stay is no longer applicable.

On January 14, 2005, the Court ordered the parties to submit a joint discovery/case management plan ("plan") by February 11. Dkt. No. 14. Due to the abeyance of these proceedings, the parties are excused from filing the plan until further notice.

DONE at Brownsville, Texas, this 14th day of February, 2005.

Hilda G. Tagle
United States District Judge