IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY CO. | § | |
| | § | |
| v. | § | CIVIL NO. B-04-093 |
| | § | |
| GEORGE COYLE, | § | |
| RUBEN ELOY VIDAURRI, and | § | |
| RENE EVERETT CASAS | § | |

### ORDER

BE IT REMEMBERED, that on December 5, 2006, the Court **ORDERED** the parties to submit a status report regarding this case to the Court. This report shall be filed by no later than January 3, 2007.

DONE at Brownsville, Texas, this 5 day of December, 2006.

Hilda G. Tagle
United States District Judge