IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY CO | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-093 |
| GEORGE COYLE, RUBEN ELOY VIDAURRI, and RENE EVERETT CASAS | § § § | |

## JOINT STATUS REPORT

BE IT REMEMBERED, that the bankruptcy case of George Coyle, Inc. is still open, although it was converted from a Chapter 11 case to a Chapter 7 case. Ms. Lisa Nichols was appointed as the Chapter 7 Trustee. It is an asset case and currently there is no discharge date scheduled on the Bankruptcy Court's docket. No law suit has been filed by Ruben Eloy Vidaurri.

Date: January 3, 2007.

Respectfully submitted,

PÉREZ & PIETTE, P.C.

By: _____
Frank E. Pérez
Federal ID No. 1930
State Bar No. 15776540
300 Mexico Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-5403
Facsimile: (956) 504-5991
ATTORNEYS FOR DEFENDANT
GEORGE COYLE

**LIVESAY LAW OFFICE**

By: _/s/ Keith Livesay_ by permission
Mr. Keith Livesay
State Bar No. 12437100
1122 Pecan
McAllen, Texas 78501
Telephone: (956) 664-9288
Facsimile: (956) 687-2997
ATTORNEY FOR DEFENDANT
RUBEN ELOY VIDAURRI

## CERTIFICATE OF CONFERENCE

     Mr. Keith Livesay and Mr. Frank E. Pérez have conferred and are in agreement with the information contained in this status. Counsel attempted to contact Mr. Thaddeus on various occasions but was unsuccessful.

                                            Pérez & Piette, P.C.

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 3rd day of January 2007, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA FAX: (956) 618-5236**
Mr. A. Pete Thaddeus, Jr.
Thaddeus Law Office
710 Laurel, Suite C
McAllen, Texas 78501

                                            Pérez & Piette, P.C.