IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY CO. | § | |
| | § | |
| v. | § | CIVIL NO. B-04-093 |
| | § | |
| GEORGE COYLE, | § | |
| RUBEN ELOY VIDAURRI, and | § | |
| RENE EVERETT CASAS | § | |

## ORDER

BE IT REMEMBERED, that on February 14, 2008, the Court **ORDERED** the parties to submit a status report regarding this case to the Court. This report shall be filed by no later than February 29, 2008.

DONE at Brownsville, Texas, on February 14, 2008.

Hilda G. Tagle
United States District Judge