PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

**FedEx US Airbill**
Express

FedEx Tracking Number  8634 3506 4768

Sender's Copy

**1 From** Please print and press hard.

Date 2/14/08    Sender's FedEx Account Number

Sender's Name B. Vasquez    Phone (956) 548-2500

Company CLERK/US DISTRICT COURT

Address 600 E HARRISON ST RM 101    Dept./Floor/Suite/Room

City BROWNSVILLE    State TX    ZIP 78520-7114

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.
B-04-cv-093 Doc. No. 22

**3 To**
Recipient's Name Eloy Vidaurri    Phone

Company

Recipient's Address
We cannot deliver to P.O. boxes or P.O. ZIP codes

Address
To request a package be held at a specific FedEx location, print FedEx address here

City Mission    State TX    ZIP 78574

0370087674

**4a Express Package Service** *Packages up to 150 lbs.*
- [ ] FedEx Priority Overnight
- [X] FedEx Standard Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver
- [ ] FedEx First Overnight

**4b Express Freight Service** *Packages over 150 lbs.*
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [X] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday
- [ ] HOLD Saturday
- Does this shipment contain dangerous goods?
  - [X] No
  - [ ] Yes As per attached Shipper's Declaration.
  - [ ] Yes Shipper's Declaration not required.
  - [ ] Dry Ice Dry Ice, 9, UN 1845
  - [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No.
Credit Card No.

Total Packages    Total Weight    Total Declared Value†    $    .00

**8 Residential Delivery Signature Options**
- [ ] No Signature Required
- [X] Direct Signature
- [ ] Indirect Signature

Rev. Date 10/04•Part #158779•©1994–2006 FedEx•PRINTED IN U.S.A. •SRS

fedex.com 1.800.GoFedEx 1.800.463.3339

United States District Court
Southern District of Texas
FILED

FEB 1 4 2008

Michael N. Milby
Clerk of Court

B-04-cv-093

519