IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANAL INDEMNITY CO. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-093 |
| GEORGE COYLE, RUBEN ELOY VIDAURRI, and RENE EVERETT CASAS | § § § | |

JOINT STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CANAL INDEMNITY CO., GEORGE COYLE and RUBEN ELOY VIDAURRI, parties in the above styled and numbered cause, and file this their joint status report and would respectfully show unto the Court as follows:

1. Counsel for George Coyle has been unable to contact by Ms. Victoria Coyle (wife of the deceased, George Coyle) for some time; and the telephone numbers that counsel has for Ms. Coyle are no longer in service; therefore, counsel has not been able to contact Ms. Coyle for status of Bankruptcy case.

2. Counsel did contact the case manager for George Coyle's bankruptcy case in the United States Bankruptcy Court for the Southern District of Texas, which bears the case number 04-11667, on February 28, 2008, and confirmed that the case referenced above is still pending and

currently has no discharge date scheduled on the Bankruptcy Court's docket.

3. On information and brief, Defendant Viduarri has not filed a lawsuit on the underlying tort claims.

Date: February 29, 2008.

        Respectfully submitted,

        **FRANK E. PÉREZ & ASSOCIATES, P.C.**

By: *Frank E. Pérez*
    by permission: *David Toronado*
Frank E. Pérez
State Bar No. 15776540
Federal ID No. 1930
300 Mexico Boulevard
Brownsville, Texas 78520
Telephone: (956) 504-5403
Facsimile: (956) 504-5991
ATTORNEYS FOR DEFENDANT
GEORGE COYLE

**LIVESAY LAW OFFICE**

By: *Mr. Keith Livesay*
    by permission: *David Toronado*
Mr. Keith Livesay
State Bar No. 12437100
1122 Pecan
McAllen, Texas 78501
Telephone: (956) 664-9288
Facsimile: (956) 687-2997
ATTORNEY FOR DEFENDANT
RUBEN ELOY VIDAURRI

**THADDEUS LAW OFFICE**

By: *Mr. A. Peter Thaddeus, Jr.*
    *by Permission: David [signature]*
Mr. A. Peter Thaddeus, Jr.
State Bar No. 19819500
Federal ID No. 0793
710 Laurel, Suite C
McAllen, Texas 78501
Telephone: (956) 342-0915
Facsimile: (956) 618-5236
ATTORNEY FOR PLAINTIFF CANAL
INDEMNITY CO.

### CERTIFICATE OF CONFERENCE

Mr. A. Peter Thaddeus, Jr., Mr. Keith Livesay and Mr. Frank E. Pérez have conferred and are in agreement with the information contained in this status.

*Frank E. Pérez    by Permission:*
Frank E. Pérez & Associates, P.C.    *David [signature]*

### CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of February, 2008, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA FAX (956) 618-5236**
Mr. A. Peter Thaddeus, Jr.
Thaddeus Law Office
710 Laurel, Suite C
McAllen, Texas 78501

**VIA FAX (956) 687-2997**
Mr. Keith Livesay
Livesay Law Office
1122 Pecan
McAllen, Texas 78501

*David [signature]*
Frank E. Pérez & Associates, P.C.